UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANTHONY S. BERRINGER,

    Plaintiff,

vs.

L. MEZA, et al.,

    Defendants.
                               /

No. C 11-4461 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed pro se by a state prisoner. On the day the case was filed, the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not completed page five of the form, the "Certificate of Funds in Inmate Account," and had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days.

No response has been received. This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 8, 2011.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

P:\PRO-SE\PJH\CR.11\BERRINGER4461.DSM-IFP.wpd